UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY PRINCE ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:22-CV-27-FL |
| KILOLO KIJAKAZI, ) | |
| *Acting Commissioner of Social Security* ) | |
| ) | |
|         Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on October 28, 2022, that Defendant's Consent Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on October 28, 2022, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Amanda Gilman / Wanda Mason (via CM/ECF Notice of Electronic Filing)

October 28, 2022                PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk