UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

JOHNNY PRINCE )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 7:22-CV-27-FL
KILOLO KIJAKAZI, )
Acting Commissioner of Social Security, )
        Defendant. )
)

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for attorney fees and defendant's stipulation under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 15, 2023, that defendant pay to plaintiff $4,000.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on August 15, 2023, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Amanda Gilman/ Cassia Parson / Wanda Mason (via CM/ECF Notice of Electronic Filing)


August 15, 2023                    PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                      (By) Sandra K. Collns, Deputy Clerk